■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEFINA CRUZ, Appellant. [672 NYS2d 694] —Judgment, Supreme Court, New York County (Budd Goodman, J.), rendered September 12, 1996, convicting defendant, upon her plea of guilty, of attempted robbery in the first degree, and sentencing her to a term of 4½ to 9 years, unanimously affirmed.

"[T]he court considered and appropriately denied youthful offender treatment on the basis of the seriousness of the crime" (*People v Rivas*, 246 AD2d 488, 489). We perceive no abuse of sentencing discretion. Concur—Sullivan, J. P., Ellerin, Nardelli, Rubin and Mazzarelli, JJ.